may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs.

LYON, Respondent, v. CITY OF SALAMANCA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Lorenda Lyon against the City of Salamanca. No opinion. Judgment and order affirmed, with costs.

MACHAWICZ v. ROEBLING CONST. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Joseph Machawicz against the Roebling Construction Company. No opinion. Application denied, with $10 costs. Order signed.

McCADDON v. MEXICAN NAT. PACKING CO., Limited. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Joseph T. McCaddon against the Mexican National Packing Company, Limited. No opinion. Motion to dismiss appeal (in 153 N. Y. Supp. 1126) granted, with $10 costs. Order filed.

McCARTHY, Appellant, v. CITY OF FULTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1915.) Action by Josephine G. McCarthy against the City of Fulton. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

McCORMICK v. JACKSON. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Nellie McCormick against George T. Jackson. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

McCRYSTAL v. WELLER. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Wm. J. P. McCrystal, as administrator, against George E. Weller. No opinion. Application granted. Order signed.

McCULLOUGH, Appellant, v. FISHER, Respondent. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Matilda McCullough against Louis G. Fisher, as executor, etc. E. R. Leavitt, of New York City, for appellant. W. Harison, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

McDUFFEE, Respondent, v. ROSSELL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by John McDuffee against George C. Rossell and others. No opinion. Judgment affirmed, with costs.

McGOWAN v. EDWARD J. APPELL, Inc., et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by John McGowan against Edward J. Appell, Incorporated, impleaded with others. No opinion.

Application denied, with $10 costs. Order signed.

McINTYRE, Respondent, v. BABBOTT, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Gertrude Margaret McIntyre, an infant, etc., against Frank L. Babbott. No opinion. Judgment and order unanimously affirmed, with costs.

McKEVITT, Respondent, v. SHERWIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by John McKevitt, as administrator, etc., of Joseph McKevitt, deceased, against Abraham Sherwin and another. No opinion. Judgment and order unanimously affirmed, with costs.

McLEVY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Charlotte McLevy, as administratrix, etc., of Francis H. McLevy, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McMAHON, Respondent, v. ART COLOR PRINTING CO., Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Andrew McMahon against the Art Color Printing Company. C. J. Heermance, of New York City, for appellant. F. X. Sullivan, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

McNAMARA v. EASTMAN KODAK CO. et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Irene McNamara, as administratrix, etc., against the Eastman Kodak Company and others. PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs. LAMBERT, J., dissents; ROBSON, J., not sitting.

McQUILLAN, Respondent, v. EBERHARD FABER PENCIL CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Catherine McQuillan, an infant, by Mary McQuillan, her guardian ad litem, against the Eberhard Faber Pencil Company. No opinion. Judgment and order unanimously affirmed, with costs.

MADDOX, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Frank E. Maddox against the Erie Railroad Company. No opinion. Judgment and order reversed, and new trial granted, with costs to